

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,038-01

### IN RE RONALD WAYNE RIDDLE, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. F-0301132-WU IN THE 291ST DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that Respondent, the District Clerk of Dallas County, has not responded to his requests to buy copies of the reporter's record of his bench trial and a report prepared pursuant to Article 42.09, § 8(a)(3) of the Code of Criminal Procedure.

In these circumstances, additional facts are needed. Respondent is ordered to file a response and state whether (1) Relator has asked to buy the above records, and (2) if so, Respondent has replied to Relator's request. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014). This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has

submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed:  July 26, 2017
Do not publish